UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

JARRON DARVEZ JACKSON, )
)
    *Petitioner*, ) CASE NO. 15-7 Erie
)
v. )
) ORDER DENYING PETITION FOR WRIT
) OF HABEAS CORPUS
)
WARDEN ORLANDO HARPER, et al., )
)
    *Respondents*. )
_____)

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of the Honorable Susan P. Baxter, United States Magistrate Judge, and the balance of the record, does hereby find that:

(1) The Court adopts the Report and Recommendation;

(2) The Court finds that the Magistrate Judge correctly concluded in the Report and Recommendation that Petitioner's habeas should be rejected without an evidentiary hearing. Petitioner objects to being detained pre-trial; however, at the time of filing this habeas petition, Petitioner was already convicted and awaiting sentencing. Petitioner's other constitutional claims are not cognizable in a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 as they address issues with the execution of his sentence, rather than the validity of his sentence. *McGee v. Martinez*, 627 F.3d 933, 935 (3d Cir. 2010). Finally, Petitioner failed to

1

file any objection to the Magistrate Judge's Report and Recommendation.

(3) Petitioner's petition for writ of habeas corpus is DISMISSED with prejudice;

The Clerk of the Court is respectfully directed to send copies of this Order to Petitioner, Respondent, and to Judge Baxter.

**IT IS SO ORDERED.**

DATED this 9th day of September, 2015.

Barbara Jacobs Rothstein
U.S. District Court Judge